JS-6/ENTER

FILED
JUL 20 2010
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| DWAYNE MONTGOMERY,<br><br>    Petitioner,<br><br>    v.<br><br>LEE ANN CHROMES, Warden,<br><br>    Respondent. | Case No. CV 10-5124-GAF (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition herein is dismissed without prejudice.

Dated: July 19, 2010

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUL 20 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

_____
Gary A. Feess
United States District Judge